IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNIE WHITE                                                                                    PLAINTIFF

v.                             No. 3:12-cv-176-DPM-HDY

CRITTENDEN COUNTY
DETENTION FACILITY; and
WEATHERSPOON                                                                                   DEFENDANTS

ORDER

Magistrate Judge H. David Young has recommended that the Court dismiss White's claims against the Jail. *Document No. 5*. White has not objected. The Court sees no legal error or clear factual error in the recommendation, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes), and therefore adopts it in full.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

  8 August 2012